UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILIE MATHIASON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FIRST PREMIER BANK et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:25-cv-01311-LK<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC |

　　Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff Emilie Mathiason, Dkt. No. 13, all of Plaintiff's claims against Trans Union, LLC only are hereby DISMISSED with prejudice and without costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

　　Dated this 25th day of August, 2025.

*Lauren King*
Lauren King
United States District Judge